## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS | § | |
| | § | |
| Plaintiff *Pro Se*, | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-1701-L-BH |
| | § | |
| CITY OF IRVING, ET AL., | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION FOR ENTRY OF FINAL JUDGMENT

COME NOW Plaintiff Michael Williams ("Plaintiff") and Defendant Craig Lackey ("Defendant") (collectively, the "Parties") and file this Joint Stipulation of Dismissal with Prejudice and Motion for Entry of Final Judgment (the "Joint Stipulation and Motion").

The Parties have settled the claims that Plaintiff asserted, or could have asserted, against Defendant and jointly request that the Court enter the attached Agreed Order of Dismissal with Prejudice, dismissing with prejudice all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit.

The Parties further request that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court enter the attached Agreed Rule 54(b) Final Judgment as to all claims that Plaintiff asserted, or could have asserted, against Defendant in this lawsuit. This dismissal will solely dismiss the claims Plaintiff asserted, or could have asserted, against Defendant with prejudice and not the claims against the remaining defendants in the lawsuit. Under Rule 54(b) of the Federal Rules of Civil Procedure, "when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the

court expressly determines that there is no just reason for delay." FED. R. CIV. P. 54(b). Because the Parties have settled their claims that are independent of the remaining claims in the lawsuit against the remaining defendants, there is no just reason for delay. Therefore, the Parties respectfully request that the Court enter the attached Agreed Rule 54(b) Final Judgment, which only dismisses the claims Plaintiff asserted, or could have asserted, with prejudice against Defendant.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court dismiss the claims Plaintiff asserted, or could have asserted, with prejudice against Defendant, enter the Agreed Order of Dismissal with Prejudice and Agreed Rule 54(b) Final Judgment, both of which are submitted herewith, and order that all taxable costs, expenses, and attorney fees be borne by the party incurring same.

Respectfully submitted,

*/s/ Michael Williams (by permission)*
**Michael Williams** *Pro Se*
7604 Acorn Lane
Frisco, Texas 75034


*/s/ Robert T. Mowrey*
**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Jason L. Sanders**
  State Bar No. 24037428
  jsanders@lockelord.com
**Marc D. Cabrera**
  State Bar No. 24069453
  mcabrera@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

On the 2nd day of September, 2016, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  I hereby certify that I have served all counsel and pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Marc D. Cabrera*
Counsel for Defendant