# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS | § | |
| | § | |
| Plaintiff *Pro Se*, | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-1701-L-BH |
| | § | |
| CITY OF IRVING, ET AL., | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having considered Plaintiff Michael Williams ("Plaintiff") and Defendant Craig Lackey's ("Defendant") Joint Stipulation of Dismissal with Prejudice and Motion for Entry of Final Judgment (the "Joint Stipulation and Motion"), finds that the Joint Stipulation and Motion should be, and hereby is, in all things, **GRANTED**. It is therefore

**ORDERED**, **ADJUDGED**, **AND DECREED** that the Joint Stipulation and Motion is **GRANTED**; it is further

**ORDERED**, **ADJUDGED**, **AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, **ADJUDGED**, **AND DECREED** that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Agreed as to substance and form,

*/s/ Michael Williams (by permission)*
**Michael Williams *Pro Se***
7604 Acorn Lane
Frisco, Texas 75034

*/s/ Robert T. Mowrey*
**Robert T. Mowrey**
  State Bar No. 14607500
  rmowrey@lockelord.com
**Jason L. Sanders**
  State Bar No. 24037428
  jsanders@lockelord.com
**Marc D. Cabrera**
  State Bar No. 24069453
  mcabrera@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR DEFENDANT**