# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS | § | |
| | § | |
| Plaintiff *Pro Se*, | § | |
| | § | |
| vs. | § | Civil Action No. 3:15-cv-1701-L-BH |
| | § | |
| CITY OF IRVING, ET AL., | § | |
| | § | |
| Defendants. | § | |

## AGREED RULE 54(B) FINAL JUDGMENT

The Court, having considered Plaintiff Michael Williams ("Plaintiff") and Defendant Craig Lackey's ("Defendant") Joint Stipulation of Dismissal with Prejudice and Motion for Entry of Final Judgment (the "Joint Stipulation and Motion"), finds that that there is no just reason to delay entry of final judgment with prejudice as to the claims Plaintiff asserted, or could have asserted, against Defendant.

Accordingly, the Court hereby **GRANTS** the Joint Stipulation and Motion and **ORDERS, ADJUDGES, AND DECREES** that all claims that Plaintiff asserted, or could have asserted, against Defendant be, and are hereby, **DISMISSED WITH PREJUDICE**.

The Court further **ORDERS**, **ADJUDGES**, **AND DECREES** that that each party bears its own costs, expenses, and attorney fees.

In accordance with Rule 54(b) of the Federal Rules of Civil Procedure, this is a **FINAL JUDGMENT** for purposes of appeal between Plaintiff and Defendant only in this lawsuit.

It is so **ORDERED**.

SIGNED this \_\_\_\_ day of _____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE