IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-1701-L** |
| **CITY OF IRVING**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On January 13, 2017, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Individually Named City Defendants' Motion for Partial Summary Judgment (Doc. 24), filed August 11, 2016, by Defendants Stephanie Barnes, Eric Curtis, and Bruce Jolley. No objections were filed to the Report.

Having reviewed the motion, briefs, evidence, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Individually Named City Defendants' Motion for Partial Summary Judgment (Doc. 24) based on qualified immunity and **dismisses with prejudice** Plaintiff's claims under 42 U.S.C. §§ 1983 and 1985(2) against Defendants Stephanie Barnes, Eric Curtis, and Bruce Jolley. As noted in the Report, all state claims against these Defendants remain.

**It is so ordered** this 7th day of February, 2017.

 Sam A. Lindsay
 United States District Judge

**Order - Page 2**