IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MICHAEL WILLIAMS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-1701-L** |
| **CITY OF IRVING, *et al.*,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 14, 2017, United States Magistrate Judge Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny as moot Defendants' 12(b)(6) Motion to Dismiss (Doc. 41), filed February 10, 2017, if Plaintiff filed an amended complaint within fourteen days. Plaintiff filed his First Amended Complaint on July 29, 2017, and no objections to the Report were filed. Accordingly, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies as moot** Defendants' 12(b)(6) Motion to Dismiss (Doc. 41).

**It is so ordered** this 30th day of August, 2017.

Sam A. Lindsay
United States District Judge

Order - Solo Page