IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-cv-1701-L-BH |
| | § | |
| CITY OF IRVING, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## SETTLEMENT REPORT

United States Magistrate Judge Irma Carrillo Ramirez referred this case to the undersigned magistrate judge for a settlement conference. *See* Dkt. No. 86. The Court held a settlement conference on March 6, 2018. The parties and counsel attended and conducted negotiations, but a settlement was not reached at this time.

DATED: March 6, 2018

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE